1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   **VICIE BARNETT O/B/O**          )   **CASE NO. EDCV 07-01340 SS**
     **CHRISTOPHER MITCHELL,**        )
12                                    )              **JUDGMENT**
                    **Plaintiff,**    )
13                                    )
              **v.**                  )
14                                    )
     **MICHAEL J. ASTRUE,**           )
15   **Commissioner of the Social**   )
     **Security Administration,**     )
16                                    )
                    **Defendant.**    )
17   _____)

18

19

20        IT IS ADJUDGED that the decision of the Commissioner is REVERSED

     and REMANDED for further administrative proceedings, pursuant to
21
     sentence four of 42 U.S.C. § 405(g).
22

23
     DATED: December 15, 2008.                          /S/
24
                                        _____
25                                      SUZANNE H. SEGAL
                                        UNITED STATES MAGISTRATE JUDGE
26

27

28